## NOTICE OF CONSENT TO JOIN

The undersigned, *Cresencio Vidal* hereby consents, pursuant to 29 U.S.C. §216(b) to become a party plaintiff in this action.

___1/31/07___
DATE

___[signature]___
CLIENT SIGNATURE