## NOTICE OF CONSENT TO JOIN

The undersigned, Eduardo Ballinas hereby consents, pursuant to 29 U.S.C. §216(b) to become a party plaintiff in this action.

2/20/07
DATE

*Edmundo Ballinas*
CLIENT SIGNATURE