## NOTICE OF CONSENT TO JOIN

The undersigned, __Leobardo Perez__, hereby consents, pursuant to 29 U.S.C. §216(b) to become a party plaintiff in this action.

__5/10/07__
DATE

__[signature]__
CLIENT SIGNATURE