## NOTICE OF CONSENT TO JOIN

The undersigned, *Edwardo Ballinas* hereby consents, pursuant to 29 U.S.C. §216(b) to become a party plaintiff in this action.

✓

2/20/07
DATE

*Edwardo Ballinas*
CLIENT SIGNATURE