UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CRESENCIO VIDAL-MARTINEZ, LEOBARDO PEREZ, & EDUARDO BALLINAS, on behalf of themselves and other similarly situated employees,<br><br>      Plaintiff,<br><br> – against –<br><br>THE PUMP ENERGY FOOD, 55TH STREET RESTAURANT OPERATING CORP., 38TH STREET RESTAURANT OPERATING LLC, 31ST STREET RESTAURANT OPERATING, LLC, 21ST STREET RESTAURANT OPERATING, LLC, STEVEN KAPELONIS & STEVEN CAPOLINI, jointly and individually,<br><br>      Defendant. | **ECF CASE**<br><br>08 CV 1688 (LAP)<br><br>**NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

  Please enter the Appearance of David E. Prager, a member of BOND, SCHOENECK & KING, PLLC, as counsel of record for defendants STEVEN KAPELONIS and STEVEN CAPOLINI (the latter being an incorrect reference to the same individual).

  I certify that the undersigned, DAVID E. PRAGER, is admitted to practice in this Court.

Dated:  March 27, 2008           BOND, SCHOENECK & KING, PLLC

                     By:_____s/_____
                        David E. Prager (DP 4009)
                   330 Madison Avenue, 39th Floor
                   New York, NY  10017-5001
                   Telephone:  (646) 253-2330
                   Email: dprager@bsk.com
                   *Attorneys for Defendants*
                   *Steven Kapelonis, also incorrectly referred*
                   *to in the caption as Steven Capolini*

TO:    Justin A. Zeller, Esq.
THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 West 14th Street
New York, New York 10011
(212) 897-5859
jazeller@zellerlegal.com
*Attorney for Plaintiffs*


Randy S. Gidseg (RG-9024)
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
(212) 940-3047
rgidseg@nixonpeabody.com
*Attorneys for Defendants:*
*Pump Energy Food,*
*21st Street Restaurant Operating LLC*
*31st Street Restaurant Operating LLC*
*38th Street Restaurant Operating LLC*
*55th Street Restaurant Operating Corp.*