**NIXON PEABODY LLP**
Randy S. Gidseg
437 Madison Avenue
New York, NY 10022
(212) 940-3047

Attorneys for Defendants 55th Street Restaurant Operating LLC, 38th Street Restaurant Operating LLC, 31st Street Restaurant Operating, LLC, and 21st Street Restaurant Operating, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CRESENCIO VIDAL-MARTINEZ, LEOBARDO PEREZ, & EDUARDO BALLINAS, on behalf of themselves and other similarly situated employees,<br><br>      Plaintiffs,<br><br> v.<br><br>THE PUMP ENERGY FOOD, 55TH STREET RESTAURANT OPERATING CORP., 38TH STREET RESTAURANT OPERATING LLC, 31ST STREET RESTAURANT OPERATING, LLC, 21ST STREET RESTAURANT OPERATING, LLC, STEVEN KAPELONS & STEVEN CAPOLONI, jointly and individually,<br><br>      Defendants. | 08-CV-1688<br>(LAP) |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants 55th Street Restaurant Operating LLC (incorrectly identified in the Complaint as "55th Street Restaurant Operating Corp."), 38th Street Restaurant Operating LLC, 31st Street Restaurant Operating, LLC, and 21st Street Restaurant Operating, LLC (collectively, "Pump"), by their undersigned counsel Nixon Peabody LLP, state that they are wholly owned subsidiaries of Pump Holdings, LLC.

10950095.1

Dated: April 25, 2008            **NIXON PEABODY LLP**
       New York, New York

By:\_\_\_\_\_S/_____
     Randy S. Gidseg (RG-9024)
437 Madison Avenue
New York, New York 10022
(212) 940-3047 (Tel)
(866) 479-5045 (Fax)
rgidseg@nixonpeabody.com