

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ■ NEW YORK   FLORIDA   KANSAS

DAVID E. PRAGER
Direct: 646-253-2330
Fax: 646-253-2375
dprager@bsk.com

May 12, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 11201

Re: *Vidal-Martinez et. al. v. The Pump Energy Food, et. al.*
    Docket No. 08 CV 1688

Dear Judge Preska:

This firm represents Steven Kapalonis, the individual defendant in the above-referenced matter.

I write to confirm my telephone conversation this afternoon with Your Honor's Courtroom Deputy (plaintiff's attorney, Justin Zeller, was also on the line). In that telephone conversation, I requested an adjournment of our initial conference in this matter, from June 2, 2008 to June 9, 2008 at 11:00 a.m. (the date and time offered by your Courtroom Deputy).

All parties have confirmed their availability for June 9 at 11:00 a.m. We thank the Court for its consideration.

*The conference is adjourned to June 9 at 11:00
So ordered.
Loretta A. Preska
USDJ*

Very truly yours,

BOND, SCHOENECK & KING, PLLC

David E. Prager

DEP/vlt

*May 13, 2008*

cc: Justin A. Zeller, Esq.
    Randy S. Gidseg, Esq.

---

330 Madison Avenue, New York, NY 10017-5001 ■ Phone: 646-253-2300 ■ Fax: 646-253-2301 ■ www.bsk.com

18911.1 5/12/2008